235 So.2d 97

**John W. PUCKETT**

v.

**William H. EMMONS, Tommy A. Cockerham, Jr. and The Phoenix Insurance Company of Hartford, Connecticut.**

No. 50509.

May 25, 1970.

The application is denied. According to the facts of the case as found by the Court of Appeal there appears no error of law in the judgment complained of.